UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CERTAIN INTERESTED UNDERWRITERS AT :
LLOYD'S, LONDON subscribing to Policy  :    Case No. 07 CV 10278 (WHP)
Number FF023200d002,                   :
                                       :
       Plaintiffs,             :    **VOLUNTARY DISMISSAL**
                                       :    **OF ACTION**
   v.                              :
                                       :
E-LOAN, INC.                           :
                                       :
       Defendant.              :
-----------------------------------------------------------------X

**NOTICE IS HEREBY GIVEN** that pursuant to Fed. R. Civ. P. 41(a), Plaintiffs CERTAIN INTERESTED UNDERWRITERS AT LLOYD'S, LONDON subscribing to Policy Number FF023200d002, voluntarily dismiss the above captioned action with prejudice and without costs to either party.

Dated: New York, New York
       January 8, 2008

                                  ROPERS, MAJESKI, KOHN & BENTLEY, P.C.

                                  By: _____
                                       Andrew L. Margulis (AM 9234)
                                       Eric C. Weissman (EW 7172)
                                       *Attorneys for Plaintiffs*
                                       CERTAIN INTERESTED UNDERWRITERS
                                       AT LLOYD'S, LONDON subscribing to Policy
                                       Number FF023200d002
                                       17 State Street, Suite 2400
                                       New York, New York 10004
                                       (212) 668-5927