USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/18/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CERTAIN INTERESTED UNDERWRITERS AT      :
LLOYD'S, LONDON subscribing to Policy        :
Number FF023200d002,                                      :
                                                                            :      Case No. 07 CV 10278 (WHP)
                                    Plaintiffs,                  :
                                                                            :      **VOLUNTARY DISMISSAL**
                    v.                                                  :      **OF ACTION**
                                                                            :
E-LOAN, INC.                                                      :
                                                                            :
                                    Defendant.              :
------------------------------------------------------------X

**NOTICE IS HEREBY GIVEN** that pursuant to Fed. R. Civ. P. 41(a), Plaintiffs

CERTAIN INTERESTED UNDERWRITERS AT LLOYD'S, LONDON subscribing to Policy

Number FF023200d002, voluntarily dismiss the above captioned action with prejudice and

without costs to either party.

Dated: New York, New York
      January 8, 2008

                                  ROPERS, MAJESKI, KOHN & BENTLEY, P.C.

                                    By: _____
                                        Andrew L. Margulis (AM 9234)
                                        Eric C. Weissman (EW 7172)
                                        *Attorneys for Plaintiffs*
                                        CERTAIN INTERESTED UNDERWRITERS
                                        AT LLOYD'S, LONDON subscribing to Policy
                                        Number FF023200d002
                                        17 State Street, Suite 2400
                                        New York, New York 10004
                                        (212) 668-5927

The Clerk of the Court is directed
to mark this case closed.
SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.